GORDON *v.* SYKES.

(Division A. Dec. 16, 1929.)

[125 So. 85. No. 28229.]

J. P. and **A. K. Edwards**, of Mendenhall, for appellant.

**J. B. Sykes**, of Mendenhall, for appellee.

**McGowen, J.**, delivered the opinion of the court.

This case originated in a court of a justice of the peace, and from that court was appealed to the circuit court, and from the latter court appeal is prosecuted here.

It appears from the record that the justice of the peace did not file, in the circuit court, a certified transcript of the record of proceedings in his court, as appeared from his docket in compliance with sections 63 and 64, Hemingway's 1927 Code (sections 83, 84, Code of 1906).

Reversed and remanded.